[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 9, 2006
THOMAS K. KAHN
CLERK

No. 05-16227
Non-Argument Calendar

_____

D. C. Docket No. 05-00042-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES ERNEST LUCKIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(August 9, 2006)**

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

E. Brian Lang, appointed counsel for James Ernest Luckie, has moved to

withdraw from further representation of Luckie, because, in his opinion, the appeal

is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Luckie's convictions and sentences are **AFFIRMED**.